UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-TP-42-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL MARTINEZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the government's Petition for Summons for Offender Under Supervision (DE# 3, 3/15/07). This Matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release should be revoked (DE # 8, 5/11/07). It is recommended that the defendant's supervised release be **REVOKED**.

## BACKGROUND

On August 23, 1994, the defendant was sentenced to a total of 181 months of incarceration and a five year term of supervised release for conspiracy to possess with intent to distribute and distribution of cocaine and cocaine base in violation of Title 21, United States Code, Section 846 and using a firearm during a drug trafficking crime in violation of Title 18, United States Code, Section 924(c). (DE# 3 at 1, 3/15/07). As an

additional condition, the defendant was required to participate in any drug and alcohol treatment program and testing deemed necessary by the U.S. Probation Officer. On February 21, 2001, the defendant's sentence was amended to 151 months imprisonment followed by a four year term of supervised release. Id.

The defendant is charged with five violations of his supervised release as follows:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Mandatory Condition**, by failing to submit to drug testing. On or about December 21, 2006, January 4, 2007, January 29, 2007, February 20, 2007 and February 21, 2007, the defendant failed to submit to drug testing as scheduled by Code-A-Phone. |
| 2. | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On or about January 18, 2007, the defendant was instructed to comply with drug testing requirements, but refuses to do so. |
| 3. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for December 2006 and January 2007 and refuses to submit any reports. |
| 4. | **Violation of Standard Condition**, by failing to follow insturctions of the probation officer. On January 4, 2007, the defendant failed to participate in substance abuse evaluation, as directed and refuses to do so. |
| 5. | **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about December 15, 2006, the defendant was referred to Dade Family Counseling for outpatient substance abuse treatment, as ordered by the Court on November 15, 2006, but the defendant failed to attend the scheduled appointment and has refused to participate in treatment. |

On July 2, 2007, the defendant Raul Martinez while represented by counsel waived his right to an evidentiary hearing and admitted to the five aforementioned supervised release violations.

### **RECOMMENDATION**

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to the violations numbered one through five.

The parties have ten (10) days from the receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **2nd** day of July, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record